**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

South Carolina Department of Social Services,
Respondent,

v.

Chassity Nadine Watts Webb and Daniel Earl Webb,
Defendants,

Of whom Daniel Earl Webb is the Appellant.

In the interest of a minor under the age of eighteen.

Appellate Case No. 2020-000814

———————

Appeal From Greenville County
Rochelle Y. Conits, Family Court Judge

———————

Unpublished Opinion No. 2020-UP-270
Submitted September 17, 2020 – Filed September 22, 2020

———————

**AFFIRMED**

———————

Robert Mills Ariail, Jr., of Law Office of R. Mills Ariail, Jr., of Greenville, for Appellant.

Rebecca Rush Wray, of South Carolina Department of Social Services, of Greenville, for Respondent.

Megan Goodwin Burke, of Greenville, for the Guardian
ad Litem.

_____

**PER CURIAM:**  Daniel Earl Webb appeals the family court's final order
terminating his parental rights to his minor child.  *See* S.C. Code Ann. § 63-7-2570
(Supp. 2019).  Upon a thorough review of the record and the family court's
findings of fact and conclusions of law pursuant to *Ex parte Cauthen*, 291 S.C.
465, 354 S.E.2d 381 (1987), we find no meritorious issues warrant briefing.
Accordingly, we affirm the family court's ruling and relieve Webb's counsel.

**AFFIRMED.**[1]

**HUFF, WILLIAMS, and GEATHERS, JJ., concur.**

_____

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.